# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
CKY Inc. ) ASBCA No. 61917
)
Under Contract No. W912DW-13-D-1017 )

APPEARANCE FOR THE APPELLANT: Mr. K. Timothy Yu
  President

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Chiara V. McGowan, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Seattle

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 19, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61917, Appeal of CKY Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals